United States District Court
Southern District of Texas
**ENTERED**
October 31, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANDY HAI HUYNH, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-299 |
| | § | |
| TRAN THI PHUONG NGA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After considering the Joint Motion For Leave to Modify the Scheduling Order, (Dkt. 18) the Court finds that good cause exists to grant the motion. It is **ORDERED** that the Joint Motion for Leave to Modify the Scheduling Order is granted and that the Court's Scheduling Order is modified as follows:

Claimants shall file their designation of testifying experts and serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) on or before **December 7, 2016**.

Petitioner shall file his designation of testifying experts and serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) on or before **January 23, 2017**.

No other deadlines are amended by this Order.

SIGNED at Galveston, Texas, this 31st day of October, 2016.

_____
George C. Hanks Jr.
United States District Judge